**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LAWRENCE, MARILYN MELLIES,<br><br>  Plaintiff,<br><br>  vs.<br><br>CENLAR F.S.B.; CITIBANK, N.A.; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 1:22-cv-01627-JLT-CDB<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINES TO FILE REPLY BRIEFS |

**[~~PROPOSED~~] ORDER**

The Court, having reviewed and considered the Joint Stipulation submitted by Plaintiffs James Lawrence and Marilyn Mellies, Defendant Cenlar FSB, and Defendant Citibank, N.A., seeking a 30-day extension of the deadline for Defendants to file any reply briefs in support of their respective motions to dismiss, and for good cause shown, this Court GRANTS the Joint Stipulation to Extend Defendants' Deadlines To File Reply Briefs, extending that deadline to March 20, 2023.

IT IS SO ORDERED.

Dated:   **February 21, 2023**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1